UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-61698-CIV-GAYLES

LOUIS VUITTON MALLETIER, S.A.,

       Plaintiff,

vs.

2013LVSHOP.COM, *et al.*,

       Defendants.

_____/

**DECLARATION OF HADRIEN HUET IN SUPPORT OF PLAINTIFF'S**
***EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    I, Hadrien Huet, state and declare as follows:

    1.    I am over 18 years of age and have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Application for TRO").

    2.    I am employed by Société Louis Vuitton Services as Legal Counsel for Internet Matters. Société Louis Vuitton Services is a general partnership company organized under the laws of the Republic of France with its principal of business in Paris, France.  In my capacity as Legal Counsel for Internet Matters at Société Louis Vuitton Services, I am responsible, in part, for the trademark and anti-counterfeiting efforts in connection with the Internet throughout the world on behalf of Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton").  Louis Vuitton is a foreign business entity organized under the laws of the Republic of France with its principal of business in Paris, France.

3. I am fully familiar with most aspects of the manufacture, sale, and distribution of genuine Louis Vuitton products, and I have been trained to identify the distinctions between genuine Louis Vuitton merchandise and counterfeit copies of the same.

**Louis Vuitton's Trademark Rights**

4. Louis Vuitton is the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "Louis Vuitton Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| [mark image] | 0,297,594 | September 20, 1932 | IC 18; trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 | IC 18; luggage and ladies' handbags. |
| LV | 1,519,828 | January 10, 1989 | IC 18; trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LV | 1,938,808 | November 28, 1995 | IC 14; jewelry, watches, and straps for wrist watches. |

| | | | |
|---|---|---|---|
| LOUIS VUITTON | 1,990,760 | August 6, 1996 | IC 14; watches and straps for wrist watches.<br><br>IC 16; catalogues featuring luggage and travel accessories, bags, small leather goods, and garments; notebooks, anthologies, and pamphlets referring to travel; calendars; telephone indexes; fountain pens, ballpoint pens, nibs, covers for pocket and desk diaries, and checkbook holders.<br><br>IC 18; trunks; traveling trunks; suitcases; traveling bags; luggage; garment bags for travel; hat boxes for travel; shoe bags for travel; umbrellas; animal carriers; rucksacks; haversacks; leather or textile shopping bags; beach bags; handbags; vanity cases sold empty; attache cases; tote bags, travel satchels; clutch bags; briefcases; wallets; pocket wallets; credit card cases; business card cases; bill and card holders; checkbook holders; key cases; change purses; briefcase-type portfolios.<br><br>IC 24; travel blankets<br><br>IC 25; shirts; sweatshirts; polo shirts; T-shirts; headwear; jackets; ties; belts; shawls; scarves. |
| ✦ | 2,177,828 | August 4, 1998 | IC 14; goods made of precious metals, namely, shoe ornaments, ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological instruments, straps for watches, watches and wrist-watches, and cases for watches.<br><br>IC 18; goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, and umbrellas.<br><br>IC 25; clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |

| | | | |
|---|---|---|---|
| (flower logo) | 2,181,753 | August 18, 1998 | IC 014; goods made of precious metals, namely, shoe ornaments, ornamental pins, jewelry, namely, rings, belt buckles, ear rings, cufflinks, bracelets, charms, necklaces, horological instruments, straps for watches, watches, and wrist-watches, and cases for watches. |
| | | | IC 18; goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas. |
| | | | IC 25; clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |
| LV (logo) | 2,361,695 | June 27, 2000 | IC 25; Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, and hats. |
| LOUIS VUITTON PARIS (logo) | 2,378,388 | August 22, 2000 | IC 18; goods made of leather or imitations of leather not included in other classes, namely, boxes of leather principally used for travel purposes, trunks, valises, traveling bags, traveling sets for containing cosmetics and jewelry, rucksacks, handbags, beach bags, shopping bags, shoulder bags, brief cases, pouches, fine leather goods namely, pocket wallets, purses, key cases, business card cases, credit card cases, and calling card cases. |
| (Damier pattern) | 2,421,618 | January 16, 2001 | IC 018; goods made of leather or imitations of leather not included in other classes, namely valises, traveling bags, traveling sets for containing cosmetics, handbags, shopping bags, shoulder bags, brief cases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases. |

4

| | | | |
|---|---|---|---|
| | 2,773,107 | October 14, 2003 | IC 14; jewelry including rings, belt buckles of precious metals, earrings, cuff links, bracelets, charms, brooches, necklaces, tie pins, ornamental pins, and medallions; horological and chronometric instruments and apparatus, namely, watches, watch cases and clocks; nutcrackers of precious metals; candlesticks of precious metals, jewelry boxes of precious metals. |
| | | | IC 18; travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; calling card cases made of leather or of imitation leather; key holders made of leather or of imitation leather. |
| | | | IC 25; clothing, namely, underwear, sweaters, shirts, T-shirts, suits, hosiery, belts, scarves, neck ties, shawls, waistcoats, skirts, raincoats, overcoats, suspenders, trousers, jeans, pullovers, frocks, jackets, winter gloves, dress gloves, tights, socks, bathing suits, bath robes, pajamas, night dresses, shorts, pocket squares; highheeled shoes, low-heeled shoes, sandals, boots, and slippers. |
| | 3,023,930 | December 6, 2005 | IC 09; spectacles, sunglasses, and spectacle cases. |
| | 3,051,235 | January 24, 2006 | IC 09; spectacles, sunglasses, and spectacle cases. |
| | 4,192,541 | August 21, 2012 | IC 03; soaps for personal use; perfumery; essential oils; cosmetics; creams for the hair, face, and body; lotions for the hair, face, and body; shower and bath gels; shower and bath preparations; shampoos; make-up preparations, namely, foundations, lipsticks, eye shadows, mascara, make-up powder, and nail polish. |
| | | | IC 09; sunglasses; spectacles; optical lenses; spectacle cases; telephones; mobile telephones; smart phones; PC tablets; personal digital assistants; MP3 players; accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, namely, hands-free kits for telephones, batteries, covers, housings, façades, chargers, hand straps, and neck straps. |

5

|  |  |  | IC 14; jewelry; key rings of precious metal; tie pins; medallions; jewelry boxes; watches; watch bands; alarm clocks; cases for timepieces. |
|---|---|---|---|
|  |  |  | IC 16; printed matter, namely, pamphlets, catalogs, and books in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; publications, namely, brochures and booklets in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; stationery; stationery articles, namely, note pads, writing books, drawing books, calendars, agendas, notebooks, envelopes, letter paper, and index cards; covers for diaries, indexes, and pads; office requisites, namely, letter trays, paper cutters, pencils, inkstands, inkwells, paperweights, pencil holders, pen holders, writing pads, pens, balls, and nibs for pens; postcards; paper labels; newspapers; printed documents, namely, printed certificates. |
|  |  |  | IC 18; boxes of leather or imitation leather for packaging and carrying goods; traveling bags; leather traveling sets of luggage; trunks; suitcases; garment bags for travel; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases; umbrellas. |
|  |  |  | IC 24; textiles and textile goods, namely, bath linen, bed linen, table linen, towels, bed covers, textile table cloths. |
|  |  |  | IC 25; clothing, namely, underwear, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear; headwear |
|  |  |  | IC 34; cigar and cigarette cases of leather and imitation leather. |

The Louis Vuitton Marks are used in connection with the manufacture and distribution of high quality goods in the categories identified above. True and correct copies of the Federal Registrations for the Louis Vuitton Marks listed above are attached hereto as Composite Exhibit "A."

5. Louis Vuitton is engaged in the manufacture, promotion, distribution, and sale in interstate commerce, including within this district, of high quality products under the Louis Vuitton Marks.

6. Genuine Louis Vuitton products are marketed and sold exclusively at Louis Vuitton boutiques throughout the United States, at high quality, prestigious department store corners staffed by Louis Vuitton, and via the Internet on www.louisvuitton.com. Louis Vuitton products are never sold to wholesalers or via factory outlets. In addition, Louis Vuitton's stores never offer seasonal sales. During the time that Louis Vuitton has sold its products in interstate commerce under the Louis Vuitton Marks, Louis Vuitton has spent tens of millions of dollars to extensively advertise and promote its goods and associated trademarks. In the last five years alone, Louis Vuitton's sales of goods have been well into many hundreds of millions of dollars.

7. As a result of the foregoing, the Louis Vuitton Marks have acquired fame in the consumer market for a wide variety of goods. The Louis Vuitton Marks have come to symbolize the enormous goodwill of Louis Vuitton's business throughout the United States and the world. No other manufacturer lawfully uses the Louis Vuitton Marks or any substantially similar marks for similar types of goods. The Louis Vuitton Marks have never been abandoned. Louis Vuitton actively polices and enforces its trademark rights.

8. The Louis Vuitton Marks are vital to Louis Vuitton's business, as the marks represent virtually the entire value of Louis Vuitton's overall business and associated image. Louis Vuitton suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time any third parties, including Defendants, sell counterfeit goods bearing identical or substantially similar trademarks.

**Investigation of Defendants' Counterfeiting Activities**

9.     Louis Vuitton has learned Defendants, are offering for sale and selling various counterfeit branded products under the Louis Vuitton Marks without authorization via the Internet websites operating under their partnership and/or business association names identified on Schedule A hereto (the "Subject Domain Names"). The Louis Vuitton Marks have never been assigned or licensed to Defendants, and Defendants do not have, nor have they ever had, the right or authority to use the Louis Vuitton Marks for any purpose.

10.    Prior to filing this action, Louis Vuitton accessed each of the fully interactive commercial Internet websites operating under the Subject Domain Names. The websites advertise, offer for sale and promote products bearing various counterfeits of the Louis Vuitton trademarks.  Each e-commerce website appears to be fully-interactive and appears to allow users to browse the online stores for products bearing Louis Vuitton's trademarks, add products to the online shopping carts, proceed to a point of checkout, and otherwise actively exchange data with the websites. I personally reviewed the websites and/or web page captures reflecting the various Louis Vuitton branded products offered for sale by Defendants via the Internet websites operating under each of the Subject Domain Names and/or the websites to which those domain names either automatically or manually redirect,[1] and I determined the products were non-genuine Louis Vuitton products. I reached this conclusion through my visual inspection of the product images, the pricing of the Louis Vuitton branded products listed, which are far below the prices of similar genuine Louis Vuitton products, and because I personally know Louis Vuitton does not conduct business with Defendants or their websites nor do they have the right or authority to use the Louis Vuitton Marks for any purpose. True and correct copies of printouts

---

[1] The redirecting websites are identified as such in Composite Exhibit A attached to the Declaration of Stephen M. Gaffigan in Support of Plaintiff's Application for TRO.

8

reflecting samples of the websites I reviewed, which were downloaded by the office of Plaintiff's counsel, Stephen M. Gaffigan, P.A., are attached as Composite Exhibit A to the Declaration of Stephen M. Gaffigan in Support of Plaintiff's Application for TRO.

11.     As part of my analysis of the Internet websites operating under the Subject Domain Names, I noted specific examples of Defendants' infringement of the Louis Vuitton trademarks at issue. A true and correct copy of the summary comparison table illustrating examples of Defendants' infringement of Louis Vuitton Marks, together with printouts from Defendants' websites demonstrating infringement by Defendants, which were downloaded by Stephen M. Gaffigan, P.A., is attached hereto as Composite Exhibit "B."

12.     In view of the foregoing, I can confirm that the products Defendants are offering for sale under the Louis Vuitton Marks via the Internet websites operating under or through the Subject Domain Names are non-genuine Louis Vuitton products. Additionally, I can confirm Defendants do not have authorization to use the Louis Vuitton Marks or name in any domain name.

**Harm Caused To Louis Vuitton By Defendants' Activities**

13.     Genuine Louis Vuitton branded goods are widely legitimately advertised, promoted, offered for sale and discussed by Louis Vuitton, its authorized distributors and unrelated third parties via the Internet.

14.     Over the course of the past five years, visibility on the Internet, particularly via Internet search engines such as Google, Yahoo! and Bing, has become increasingly important to Louis Vuitton's overall marketing and consumer education efforts. Thus, Louis Vuitton expends significant monetary resources on Internet marketing and consumer education regarding its products, including search engine optimization ("SEO") strategies, which allow Louis Vuitton,

its authorized retailers and others to fairly and legitimately educate consumers about the value associated with the Louis Vuitton brand and the goods sold thereunder and the problems associated with the counterfeiting of Louis Vuitton's trademarks.

15. By engaging in SEO strategies based upon an illegal use of the Louis Vuitton Marks, Defendants are obliterating the otherwise open and available marketplace space in which Louis Vuitton has the right to fairly market its goods and associated message. Specifically, Defendants use unauthorized counterfeits of Louis Vuitton's name and trademarks within the content, anchor text and/or meta tags of their websites in order to attract the automated eye of various search engines crawling the Internet looking for websites relevant to consumer searches for Louis Vuitton related goods and information. Such illegal use results in unfair competition for Louis Vuitton when competing for search engine results space.

16. As a result of the availability of the non-genuine Louis Vuitton branded products being offered for sale by Defendants, Louis Vuitton is highly likely to experience irreparable damage to its reputation among consumers unless the infringing and counterfeiting activity alleged in the Complaint is stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed the 25th day of July, 2014, at Paris, France.

_____
Hadrien Huet

## SCHEDULE A
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | 2013lvshop.com |
| 2 | 2013saclouissvuitton.com |
| 3 | aaa-louisvuitton.com |
| 3 | replicalouisvuitton-cheap.com |
| 3 | replicalouisvuitton-outlet.com |
| 3 | replicaslouis-vuitton.com |
| 4 | aollouisvuittonoutlets.com |
| 5 | authenticlouisvuittonhandbags.com |
| 6 | authenticlouisvuittonhandbags.org |
| 7 | bestlongchampbags.com |
| 8 | bolsoslouisvuittonbag.com |
| 9 | borsalouisvuitton-outlet.com |
| 10 | borselouisvuittonit.eu |
| 11 | borselouisvuittonsoutlet.eu |
| 12 | borseoutletonlineshop.com |
| 13 | buylouisvuittonbagsuk.info |
| 13 | lvbagsuksale.biz |
| 14 | cheap-louisvuitton.us |
| 15 | cheaplouisvuitton2014.us |
| 16 | eluxurylouis-vuitton.com |
| 17 | e-salelouis.com |
| 17 | esale-louisbag.com |
| 17 | esalelouisbags.com |
| 17 | esaleslouisbags.com |
| 17 | e-saleslouisbags.com |
| 18 | estorelouisvuitton.com |
| 19 | fantasylouisvuitton.com |
| 20 | genuinelv.com |
| 21 | genuinelvbag.com |
| 22 | hotlouisvuitton.com |
| 23 | ilouisvuittons.com |
| 24 | ilouisvuittonstore.com |
| 25 | italiaborselv2014.com |
| 26 | italia-louisvuitton.com |
| 27 | italianlvs.com |
| 28 | louisesvuittonus.org |
| 29 | louislouisvuittonvuitton.com |
| 30 | louissvuittonus.com |

11

| 31 | louisv-store.com |
|---|---|
| 32 | louis-vuitton.co |
| 33 | louisvuitton-2014.com |
| 34 | louisvuitton30.com |
| 35 | louisvuittonartsygm.com |
| 36 | louisvuittonauthentic.com |
| 37 | louisvuittonbags.cc |
| 38 | louisvuittonbags-2013.com |
| 39 | louisvuittonbagstyle.com |
| 39 | uslouisvuiton.com |
| 40 | louisvuittonbargain.com |
| 41 | louisvuittonbelgie.be |
| 42 | louisvuittonbolso.net |
| 43 | louisvuittonborseoutlet.com |
| 44 | louisvuittonboss.com |
| 44 | lvoutletukclassic.com |
| 45 | louisvuittoncanadaoutletstore.net |
| 46 | louisvuitton-es.es |
| 47 | louisvuittonfactorybuy.com |
| 48 | louisvuittonforcheapsale.com |
| 50 | louisvuittonfriday.com |
| 51 | louisvuittonhandbags0.com |
| 52 | louisvuitton-handbags3.com |
| 53 | louisvuittonhandbagssaks.com |
| 54 | louisvuitton-handbagsusa.com |
| 55 | louisvuitton-india.net |
| 56 | louisvuittoning.com |
| 57 | louisvuittoninstyle.com |
| 58 | louis-vuitton--lv.com |
| 58 | mylouisvuittonfashion.com |
| 59 | louisvuittonneverfulltote.com |
| 60 | louisvuittonofficialshop.com |
| 61 | louisvuittonokbuy.com |
| 62 | louisvuittononlinebusiness.com |
| 63 | louisvuittonoslonorge.com |
| 64 | louisvuittonoutlet.me.uk |
| 65 | louisvuittonoutlet.us |
| 66 | louisvuittonoutletbest.com |
| 67 | louisvuittonoutletdeals.com |
| 68 | louisvuittonoutletinfra.com |
| 69 | louisvuittonoutletsling.com |
| 70 | louisvuittonoutletsuppliers.com |
| 71 | louisvuittonpinterest.com |

| | |
|---|---|
| 72 | louisvuittonpretty.com |
| 73 | louis-vuittonprice.net |
| 74 | louisvuittonrabatt.com |
| 75 | louisvuittonsecret.com |
| 76 | louisvuittonservice.com |
| 77 | louisvuittonsfriday.com |
| 78 | louisvuittonsitoufficiale.biz |
| 79 | louisvuittonspecilizeoffertoyou.com |
| 80 | louisvuittonstorede.com |
| 81 | louisvuittonstoreonlinesale.com |
| 82 | louisvuittonstorev.com |
| 83 | louisvuittonsum.com |
| 84 | louisvuitton-tassen.nl |
| 85 | louisvuittonuk.com |
| 86 | louisvuittonukstore.info |
| 87 | louisvuittonungo.com |
| 88 | louisvuittonvuitton.net |
| 89 | louisvuittonwalletshop.com |
| 90 | lovebuylouisvuitton.com |
| 91 | lowlouisvuitton.com |
| 92 | lululvv.com |
| 93 | luxurylvs.com |
| 94 | lv2bags.com |
| 95 | lv4ulv.com |
| 96 | lvalmamall.com |
| 96 | lvalmamallc.com |
| 97 | lvbagsusa.org |
| 98 | lvbolso.com |
| 99 | lvfriday.com |
| 100 | lvhandbags2014.org |
| 101 | lvlowprice.com |
| 102 | lvlvip.com |
| 103 | lv-official.com |
| 104 | lvoutletsforsale.com |
| 105 | lvoutletus.com |
| 106 | lvsaleclub.com |
| 107 | lvsgprice.com |
| 108 | lvtaschen.co |
| 109 | lvtaschens.com |
| 110 | nicelvs.com |
| 111 | nicestlouisvuitton.co.uk |
| 112 | nordstromlouisvuitton.org |
| 113 | officiallouisvuittonstore.com |

| | |
|---|---|
| 114 | officiallylouisvuittonshop.com |
| 115 | officialouisvuitons.com |
| 116 | officieelouisvuittons.com |
| 117 | outletlvs.com |
| 118 | prettylvbags.com |
| 119 | prettylvs.com |
| 120 | replicabolsalouisvuitton.com |
| 121 | replicalouisvuittongoods.com |
| 122 | saclouisvuittonfemme.fr |
| 124 | saclouisvuittonsoldes2014.fr |
| 125 | salelouisvuittonoutlets.com |
| 126 | shoplouisvuitton.it |
| 127 | soldes-lv.fr |
| 128 | topcheaplouisvuitton.com |
| 129 | ufficialelouisvuittonshop.it |
| 130 | uslouisvuitton.com |
| 131 | uslouisvuittonus.com |
| 132 | vipbolsoslouisvuitton.com |
| 133 | viplouisvuitton.de |
| 134 | viplouisvuittononline.com |
| 135 | viplouisvuittonshop.com |
| 136 | vipsaclouisvuitton.com |
| 137 | vuittonpaschers.fr |