**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 14-61698-CIV-GAYLES

LOUIS VUITTON MALLETIER, S.A.,

        Plaintiff,

vs.

2013LVSHOP.COM, *et al.*,

        Defendants.

_____/

## ORDER GRANTING APPLICATION FOR PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff, Louis Vuitton Malletier, S.A's Application for Entry of Preliminary Injunction [ECF No. 5] and the Preliminary Injunction Hearing held on August 5, 2014. The Court has carefully reviewed the Motion and the record and is otherwise fully advised in the premises. By the instant Application, Plaintiff moves for entry of a preliminary injunction against Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" hereto for alleged violations of the Lanham Act, 15 U.S.C. §§ 1114, and 1125(a) and (d).[1]

The Court convened a hearing on August 5, 2014, which was attended by counsel for Plaintiff only. During the hearing, Plaintiff directed the Court to evidence supporting the Application for Preliminary Injunction. Defendants have not responded to the Application for

---

[1] The Internet websites operating under the Subject Domain Names louisvuittonfre.com (Defendant Number 49) and saclouisvuittonfrancee.com (Defendant Number 123) identified in Plaintiff's Complaint were operational at the time Plaintiff conducted its initial investigation of Defendants. However, the websites operating under those domain names are currently not operational. Accordingly, Plaintiff is not requesting immediate equitable relief as to the Internet websites operating under the domain names saclouisvuittonfrancee.com and louisvuittonfre.com. (See Declaration of Stephen M. Gaffigan in Support of Plaintiff's Preliminary Injunction ["Gaffigan Decl."] ¶ 2 n.1.)

Preliminary Injunction, nor have they made any filing in this case, nor have Defendants appeared in this matter either individually or through counsel. Because Plaintiff has satisfied the requirements for the issuance of a preliminary injunction, the Court grants Plaintiff's Application for Preliminary Injunction.

## I.   FACTUAL BACKGROUND[2]

1.     Plaintiff, Louis Vuitton Malletier, S.A. ("Louis Vuitton") is the registered owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office ("Louis Vuitton Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | 0,297,594 | September 20, 1932 | IC 18; trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 | IC 18; luggage and ladies' handbags. |
| LV | 1,519,828 | January 10, 1989 | IC 18; trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LV | 1,938,808 | November 28, 1995 | IC 14; jewelry, watches, and straps for wrist watches. |

---

[2] The factual background is taken from Plaintiff's Complaint [ECF No. 1], Plaintiff's Application for Preliminary Injunction, and supporting evidentiary submissions.

| | | | |
|---|---|---|---|
| LOUIS VUITTON | 1,990,760 | August 6, 1996 | IC 14; watches and straps for wrist watches.<br><br>IC 16; catalogues featuring luggage and travel accessories, bags, small leather goods, and garments; notebooks, anthologies, and pamphlets referring to travel; calendars; telephone indexes; fountain pens, ballpoint pens, nibs, covers for pocket and desk diaries, and checkbook holders.<br><br>IC 18; trunks; traveling trunks; suitcases; traveling bags; luggage; garment bags for travel; hat boxes for travel; shoe bags for travel; umbrellas; animal carriers; rucksacks; haversacks; leather or textile shopping bags; beach bags; handbags; vanity cases sold empty; attache cases; tote bags, travel satchels; clutch bags; briefcases; wallets; pocket wallets; credit card cases; business card cases; bill and card holders; checkbook holders; key cases; change purses; briefcase-type portfolios.<br><br>IC 24; travel blankets<br><br>IC 25; shirts; sweatshirts; polo shirts; T-shirts; headwear; jackets; ties; belts; shawls; scarves. |
| ✦ | 2,177,828 | August 4, 1998 | IC 14; goods made of precious metals, namely, shoe ornaments, ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological  instruments, straps for watches, watches and wrist-watches, and cases for watches.<br><br>IC 18; goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, and umbrellas.<br><br>IC 25; clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |

| | | | |
|---|---|---|---|
| | 2,181,753 | August 18, 1998 | IC 014; goods made of precious metals, namely, shoe ornaments, ornamental pins, jewelry, namely, rings, belt buckles, ear rings, cufflinks, bracelets, charms, necklaces, horological instruments, straps for watches, watches, and wrist-watches, and cases for watches.<br><br>IC 18; goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas.<br><br>IC 25; clothing and underwear, namely, sweaters, shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, sashes for wear, scarves, neckties, pocket squares, gloves, belts, socks, bath robes, shoes, boots, and sandals. |
| | 2,361,695 | June 27, 2000 | IC 25; Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, and hats. |
| <br>LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 | IC 18; goods made of leather or imitations of leather not included in other classes, namely, boxes of leather principally used for travel purposes, trunks, valises, traveling bags, traveling sets for containing cosmetics and jewelry, rucksacks, handbags, beach bags, shopping bags, shoulder bags, brief cases, pouches, fine leather goods namely, pocket wallets, purses, key cases, business card cases, credit card cases, and calling card cases. |
| | 2,421,618 | January 16, 2001 | IC 018; goods made of leather or imitations of leather not included in other classes, namely valises, traveling bags, traveling sets for containing cosmetics, handbags, shopping bags, shoulder bags, brief cases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases. |

| | | | |
|---|---|---|---|
| | 2,773,107 | October 14, 2003 | IC 14; jewelry including rings, belt buckles of precious metals, earrings, cuff links, bracelets, charms, brooches, necklaces, tie pins, ornamental pins, and medallions; horological and chronometric instruments and apparatus, namely, watches, watch cases and clocks; nutcrackers of precious metals; candlesticks of precious metals, jewelry boxes of precious metals.<br><br>IC 18; travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; calling card cases made of leather or of imitation leather; key holders made of leather or of imitation leather.<br><br>IC 25; clothing, namely, underwear, sweaters, shirts, T-shirts, suits, hosiery, belts, scarves, neck ties, shawls, waistcoats, skirts, raincoats, overcoats, suspenders, trousers, jeans, pullovers, frocks, jackets, winter gloves, dress gloves, tights, socks, bathing suits, bath robes, pajamas, night dresses, shorts, pocket squares; highheeled shoes, low-heeled shoes, sandals, boots, and slippers. |
| | 3,023,930 | December 6, 2005 | IC 09; spectacles, sunglasses, and spectacle cases. |
| | 3,051,235 | January 24, 2006 | IC 09; spectacles, sunglasses, and spectacle cases. |
| | 4,192,541 | August 21, 2012 | IC 03; soaps for personal use; perfumery; essential oils; cosmetics; creams for the hair, face, and body; lotions for the hair, face, and body; shower and bath gels; shower and bath preparations; shampoos; make-up preparations, namely, foundations, lipsticks, eye shadows, mascara, make-up powder, and nail polish.<br><br>IC 09; sunglasses; spectacles; optical lenses; spectacle cases; telephones; mobile telephones; smart phones; PC tablets; personal digital assistants; MP3 players; accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, |

| | | | namely, hands-free kits for telephones, batteries, covers, housings, façades, chargers, hand straps, and neck straps. |
| | | | IC 14; jewelry; key rings of precious metal; tie pins; medallions; jewelry boxes; watches; watch bands; alarm clocks; cases for timepieces. |
| | | | IC 16; printed matter, namely, pamphlets, catalogs, and books in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; publications, namely, brochures and booklets in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; stationery; stationery articles, namely, note pads, writing books, drawing books, calendars, agendas, notebooks, envelopes, letter paper, and index cards; covers for diaries, indexes, and pads; office requisites, namely, letter trays, paper cutters, pencils, inkstands, inkwells, paperweights, pencil holders, pen holders, writing pads, pens, balls, and nibs for pens; postcards; paper labels; newspapers; printed documents, namely, printed certificates. |
| | | | IC 18; boxes of leather or imitation leather for packaging and carrying goods; traveling bags; leather traveling sets of luggage; trunks; suitcases; garment bags for travel; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases; umbrellas. |
| | | | IC 24; textiles and textile goods, namely, bath linen, bed linen, table linen, towels, bed covers, textile table cloths. |
| | | | IC 25; clothing, namely, underwear, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear; headwear |
| | | | IC 34; cigar and cigarette cases of leather and imitation leather. |

(*See* Declaration of Hadrien Huet in Support of Application for Preliminary Injunction ["Huet Decl."] ¶ 4 and Composite Exhibit A thereto.) The Louis Vuitton Marks are used in connection

with the manufacture and distribution of goods in the categories identified above. (*See id.* at ¶¶ 4-5.)

2.      Defendants, through the fully interactive commercial Internet websites operating under the domain names identified on Schedule "A" hereto ("Subject Domain Names"), have advertised, promoted, offered for sale, or sold products bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Louis Vuitton Marks. (*See* Huet Decl. ¶¶ 9-12; Gaffigan Decl. ¶ 2 and Composite Exhibit A thereto.)

3.      Although each Defendant may not copy and infringe each Louis Vuitton Mark for each category of goods protected, Plaintiff has submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Louis Vuitton Marks at issue. (*See* Huet Decl. ¶ 10.) Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the Louis Vuitton Marks. (*See id* at ¶ 9.)

4.      Plaintiff's representative reviewed and visually inspected the items bearing Plaintiff's trademarks offered for sale through the Internet websites operating under the Subject Domain Names, and determined the products to be non-genuine versions of Plaintiff's products. (*See* Huet Decl. ¶¶ 10-12.)

5.      On July 24, 2014, Plaintiff filed its Complaint [ECF No. 1] against Defendants for trademark counterfeiting and infringement, false designation of origin, cybersquatting, and common law unfair competition.  Also, on July 27, 2014, Plaintiff filed its *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction [ECF No. 5.] On July 29, 2014, the Court issued an Order Granting *Ex Parte* Temporary Restraining Order [ECF No. 6] and temporarily restrained Defendants from infringing Plaintiff's trademarks at issue.  Pursuant

to the Court's July 29, 2014, Order, Plaintiff served Defendants with a copy of the Complaint together with copies of the July 29, 2014, Order and the pleadings in this matter, thereby providing Defendants with notice and copies of the Court's July 29, 2014, Order and Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Preliminary Injunction via e-mail to each Defendants corresponding e-mail address. Thereafter, Certificates of Service were filed confirming service on each Defendant. [ECF Nos. 8, 9, 10].

## II.    LEGAL STANDARD

In order to obtain a preliminary injunction, a party must demonstrate "(1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. Rel Schindler v. Schiavo*, 403 F.3d 1223, 1225–26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F. 3d 982, 985 (11th Cir. 1995).

## III.    ANALYSIS

The declarations Plaintiff submitted in support of its Application for Preliminary Injunction support the following conclusions of law:

A.    Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by Defendants' advertisement, promotion, sale, offer for sale, or distribution of products bearing counterfeits, reproductions, or colorable imitations of the Louis Vuitton Marks, and that the products Defendants are selling and promoting for sale are copies of Plaintiff's products that bear copies of the Louis Vuitton Marks.

B.    Because of the infringement of the Louis Vuitton Marks, Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. It clearly

appears from the following specific facts, as set forth in Plaintiff's Complaint, Application for Preliminary Injunction, and accompanying declarations on file, that immediate and irreparable loss, damage, and injury will result to Plaintiff and to consumers because it is more likely true than not that:

1.      Defendants own or control Internet website businesses which advertise, promote, offer for sale, or sell products bearing counterfeit and infringing trademarks in violation of Plaintiff's rights;

2.      There is good cause to believe that more counterfeit and infringing products bearing Plaintiff's trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that Plaintiff may suffer loss of sales for its genuine products.

C.      The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to Plaintiff, its reputation, and goodwill as a manufacturer and distributor of quality products if such relief is not issued; and

D.      The public interest favors issuance of the preliminary injunction in order to protect Plaintiff's trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as Plaintiff's genuine goods.

## IV.   <u>CONCLUSION</u>

For the foregoing reasons, it is

**ORDERED AND ADJUDGED** that Plaintiff's Application for Preliminary Injunction [ECF No. 5] is hereby **GRANTED** as follows:

(1)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined as follows:

        a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

        b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by Plaintiff, bearing the Louis Vuitton Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Louis Vuitton Marks, or any confusingly similar trademarks.

(2)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Louis Vuitton Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names;

(3)     Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Louis Vuitton Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to

direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

(4)     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

(5)     The domain name Registrars for the Subject Domain Names are directed, to the extent not already done, to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

(6)     Upon Plaintiff's request, the privacy protection service for any of the Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiff the true identities and contact information of those Registrants;

(7)     The domain name Registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registrars have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with a Registrar of Plaintiff's choosing ("New Registrar"). To the extent the Registrars do not assist in changing the Registrars of record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) Registries (or their administrators) for the Subject Domain Names, within five (5) business days of receipt of this Order, shall, change or assist in changing, the Registrar of record for the Subject Domain Names, excepting any such domain names which such Registries have been notified in writing by Plaintiff have been or will be dismissed from this action, to a holding account with the New Registrar. As a matter of law, this Order shall no longer apply to any Defendant or associated domain name dismissed from

this action. Upon the change of the Registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the following Uniform Resource Locator ("URL") http://servingnotice.com/lvserp12/index.html whereon copies of the Complaint and all other documents on file in this action are displayed. Alternatively, the New Registrar may update the Domain Name System ("DNS") data it maintains for the Subject Domain Names, which link the domain names to the IP addresses where their associated websites are hosted, to NS1.MEDIATEMPLE.NET and NS2.MEDIATEMPLE.NET, which will cause the domain names to resolve to the website where copies of the Complaint and all other documents on file in this action are displayed.  After the New Registrar has effected this change the Subject Domain Names shall be placed on Lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants and thereby evade the provisions of this Order;

(8)     Plaintiff may enter, and continue to enter, the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name or website;

(9)     Each Defendant shall preserve, and continue to preserve, copies of all computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

(10)   This Order shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit that such new domain names are being used by Defendants for the purpose of counterfeiting the Louis Vuitton Marks at issue in this action or unfairly competing with Plaintiff on the World Wide Web;

(11)   Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall maintain its previously posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint. Plaintiff shall post the bond prior to requesting the registries change the registrar of record for the Subject Domain Names to a holding account with the New Registrar;

(12)   This Order shall remain in effect during the pendency of this action, or until further Order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2014.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Turnoff
      All Counsel of Record

**SCHEDULE A**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | 2013lvshop.com |
| 2 | 2013saclouissvuitton.com |
| 3 | aaa-louisvuitton.com |
| 3 | replicalouisvuitton-cheap.com |
| 3 | replicalouisvuitton-outlet.com |
| 3 | replicaslouis-vuitton.com |
| 4 | aollouisvuittonoutlets.com |
| 5 | authenticlouisvuittonhandbags.com |
| 6 | authenticlouisvuittonhandbags.org |
| 7 | bestlongchampbags.com |
| 8 | bolsoslouisvuittonbag.com |
| 9 | borsalouisvuitton-outlet.com |
| 10 | borselouisvuittonit.eu |
| 11 | borselouisvuittonsoutlet.eu |
| 12 | borseoutletonlineshop.com |
| 13 | buylouisvuittonbagsuk.info |
| 13 | lvbagsuksale.biz |
| 14 | cheap-louisvuitton.us |
| 15 | cheaplouisvuitton2014.us |
| 16 | eluxurylouis-vuitton.com |
| 17 | e-salelouis.com |
| 17 | esale-louisbag.com |
| 17 | esalelouisbags.com |
| 17 | esaleslouisbags.com |
| 17 | e-saleslouisbags.com |
| 18 | estorelouisvuitton.com |
| 19 | fantasylouisvuitton.com |
| 20 | genuinelv.com |
| 21 | genuinelvbag.com |
| 22 | hotlouisvuitton.com |
| 23 | ilouisvuittons.com |
| 24 | ilouisvuittonstore.com |
| 25 | italiaborselv2014.com |
| 26 | italia-louisvuitton.com |
| 27 | italianlvs.com |

| 28 | louisesvuittonus.org |
|----|----------------------|
| 29 | louislouisvuittonvuitton.com |
| 30 | louissvuittonus.com |
| 31 | louisv-store.com |
| 32 | louis-vuitton.co |
| 33 | louisvuitton-2014.com |
| 34 | louisvuitton30.com |
| 35 | louisvuittonartsygm.com |
| 36 | louisvuittonauthentic.com |
| 37 | louisvuittonbags.cc |
| 38 | louisvuittonbags-2013.com |
| 39 | louisvuittonbagstyle.com |
| 39 | uslouisvuiton.com |
| 40 | louisvuittonbargain.com |
| 41 | louisvuittonbelgie.be |
| 42 | louisvuittonbolso.net |
| 43 | louisvuittonborseoutlet.com |
| 44 | louisvuittonboss.com |
| 44 | lvoutletukclassic.com |
| 45 | louisvuittoncanadaoutletstore.net |
| 46 | louisvuitton-es.es |
| 47 | louisvuittonfactorybuy.com |
| 48 | louisvuittonforcheapsale.com |
| 50 | louisvuittonfriday.com |
| 51 | louisvuittonhandbags0.com |
| 52 | louisvuitton-handbags3.com |
| 53 | louisvuittonhandbagssaks.com |
| 54 | louisvuitton-handbagsusa.com |
| 55 | louisvuitton-india.net |
| 56 | louisvuittoning.com |
| 57 | louisvuittoninstyle.com |
| 58 | louis-vuitton--lv.com |
| 58 | mylouisvuittonfashion.com |
| 59 | louisvuittonneverfulltote.com |
| 60 | louisvuittonofficialshop.com |
| 61 | louisvuittonokbuy.com |
| 62 | louisvuittononlinebusiness.com |
| 63 | louisvuittonoslonorge.com |
| 64 | louisvuittonoutlet.me.uk |

| 65  | louisvuittonoutlet.us |
| 66  | louisvuittonoutletbest.com |
| 67  | louisvuittonoutletdeals.com |
| 68  | louisvuittonoutletinfra.com |
| 69  | louisvuittonoutletsling.com |
| 70  | louisvuittonoutletsuppliers.com |
| 71  | louisvuittonpinterest.com |
| 72  | louisvuittonpretty.com |
| 73  | louis-vuittonprice.net |
| 74  | louisvuittonrabatt.com |
| 75  | louisvuittonsecret.com |
| 76  | louisvuittonservice.com |
| 77  | louisvuittonsfriday.com |
| 78  | louisvuittonsitoufficiale.biz |
| 79  | louisvuittonspecilizeoffertoyou.com |
| 80  | louisvuittonstorede.com |
| 81  | louisvuittonstoreonlinesale.com |
| 82  | louisvuittonstorev.com |
| 83  | louisvuittonsum.com |
| 84  | louisvuitton-tassen.nl |
| 85  | louisvuittonuk.com |
| 86  | louisvuittonukstore.info |
| 87  | louisvuittonungo.com |
| 88  | louisvuittonvuitton.net |
| 89  | louisvuittonwalletshop.com |
| 90  | lovebuylouisvuitton.com |
| 91  | lowlouisvuitton.com |
| 92  | lululvv.com |
| 93  | luxurylvs.com |
| 94  | lv2bags.com |
| 95  | lv4ulv.com |
| 96  | lvalmamall.com |
| 96  | lvalmamallc.com |
| 97  | lvbagsusa.org |
| 98  | lvbolso.com |
| 99  | lvfriday.com |
| 100 | lvhandbags2014.org |
| 101 | lvlowprice.com |
| 102 | lvlvip.com |

| 103 | lv-official.com |
| 104 | lvoutletsforsale.com |
| 105 | lvoutletus.com |
| 106 | lvsaleclub.com |
| 107 | lvsgprice.com |
| 108 | lvtaschen.co |
| 109 | lvtaschens.com |
| 110 | nicelvs.com |
| 111 | nicestlouisvuitton.co.uk |
| 112 | nordstromlouisvuitton.org |
| 113 | officiallouisvuittonstore.com |
| 114 | officiallylouisvuittonshop.com |
| 115 | officialouisvuitons.com |
| 116 | officieelouisvuittons.com |
| 117 | outletlvs.com |
| 118 | prettylvbags.com |
| 119 | prettylvs.com |
| 120 | replicabolsalouisvuitton.com |
| 121 | replicalouisvuittongoods.com |
| 122 | saclouisvuittonfemme.fr |
| 124 | saclouisvuittonsoldes2014.fr |
| 125 | salelouisvuittonoutlets.com |
| 126 | shoplouisvuitton.it |
| 127 | soldes-lv.fr |
| 128 | topcheaplouisvuitton.com |
| 129 | ufficialelouisvuittonshop.it |
| 130 | uslouisvuitton.com |
| 131 | uslouisvuittonus.com |
| 132 | vipbolsoslouisvuitton.com |
| 133 | viplouisvuitton.de |
| 134 | viplouisvuittononline.com |
| 135 | viplouisvuittonshop.com |
| 136 | vipsaclouisvuitton.com |
| 137 | vuittonpaschers.fr |